IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TONY PARETS, individually and on behalf of other persons similarly situated who were employed by FTI CONSULTING, INC., FTI CONSULTING TECHNOLOGY LLC and FTI CONSULTING (SC) INC. and/or any other entities affiliated with or controlled by FTI CONSULTING, INC., FTI CONSULTING TECHNOLOGY LLC and FTI CONSULTING (SC) INC., <br><br> Plaintiffs, <br><br> -against- <br><br> FTI CONSULTING, INC., FTI CONSULTING TECHNOLOGY LLC and FTI CONSULTING (SC) INC. individually and/or any other predecessors, successors, and entities affiliated with or related to, or controlled by FTI CONSULTING, INC., FTI CONSULTING TECHNOLOGY LLC and FTI CONSULTING (SC) INC., <br><br> Defendants. | CIVIL ACTION NO.: 15-CV-24023 (CMA) <br><br> **STATEMENT OF CLAIM** |

The Named Plaintiff TONY PARETS (the "Named Plaintiff") states:

1.  Between approximately January of 2015 and approximately April of 2015, the Named Plaintiff typically performed work for Defendants beyond 40 hours in a given week, but was only paid at his straight-time rate for those hours.

2.  During this period, the Named Plaintiff worked approximately 99.75

1

hours of overtime, beyond 40 in a given week, for which he was compensated only at his regular hourly wage of $26.75, rather than the appropriate time-and-one-half wage of $40.13. This resulted in an underpayment to the Named Plaintiff of approximately $1,334.66 in overtime wages during the period January of 2015 through April of 2015. All other similarly situated employees were also underpaid in a similar manner during the course of their employment with Defendants.

3.   As a result of Defendants' willful failure to pay the Named Plaintiff overtime wages, the Named Plaintiff is owed approximately $1,334.66 in underpaid wages; $1,334.66 in liquidated damages; plus costs and attorneys' fees. Other similarly situated employees are owed underpaid wages and liquidated damages in accordance with their own number of overtime hours worked for which they were compensated only at their straight time rate.

Dated:   November 6, 2015

>DAMIAN & VALORI LLP
>1000 Brickell Avenue, Suite 1020
>Miami, FL 33131
>Telephone: (305) 371-3960
>Facsimile: (305) 371-3965
>
>By: /s/ Peter Valori
>PETER F. VALORI, ESQ.
>Florida Bar No.: 0043516
>E-mail: pvalori@dvllp.com
>RUSSELL LANDY, ESQ.
>Florida Bar No.: 0044417
>E-mail: rlandy@dvllp.com

2

3

– and –

VIRGINIA & AMBINDER, LLP
Lloyd R. Ambinder, Esq.
40 Broad Street, Seventh Floor
New York, New York 10004
Tel:   (212) 943-9080
lambinder@vandallp.com
*(Upon pro hac vice admission)*

–and-

LEEDS BROWN LAW, P.C.
Jeffrey K. Brown, Esq.
Michael A. Tompkins, Esq.
Brett R. Cohen, Esq.
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel:   (516) 873-9550
jbrown@leedsbrownlaw.com
*(Upon pro hac vice admission)*
*Attorneys for the Named Plaintiff and Putative Class*